UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTURIA, INC.,

    Plaintiff,
v.                                  Case No. 8:11-mc-125-T-33EAJ

REGIMENT SECURITY, LLC, ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the February 14, 2012, report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 8), in which Judge Jenkins recommends that Donna Smith's Motion for Attorney's Fees for Objecting to Non-party Subpoena (Doc. # 3) be denied. No objections have been filed, and the time for filing objections has expired.

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The

district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After careful consideration and independent analysis, the Court determines that it is appropriate to adopt Judge Jenkins' report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 8) is **ACCEPTED** and **ADOPTED.**

(2) Donna Smith's Motion for Attorney's Fees for Objecting to Non-party Subpoena (Doc. # 3) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of March 2012.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record